**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| **PERATON, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RAYTHEON COMPANY,**<br><br>Defendant. | Case No. 1:17cv979<br>(Circuit Court of Fairfax County, Virginia<br>Case No. 2017-11089) |

### UNCONTESTED MOTION TO SEAL DECLARATION OF JAMES WINNER

Plaintiff Peraton, Inc. ("Peraton"), by and through undersigned counsel, and under Local Rule 5(D), requests leave to file under seal unredacted copies of the exhibits to the Declaration of James Winner in response to Defendant Raytheon Company's Objection to Plaintiff's Notice of Hearing (ECF No. 9). Defendant does not contest this motion. The proposed sealed material includes a competitively sensitive and proprietary teaming agreement and other sensitive correspondence between the parties. The grounds for this motion are set forth in the accompanying memorandum in support.

    Respectfully submitted,

/s/
Randall K. Miller (VSB 70672)
Nicholas M. DePalma (VSB 72886)
Taylor S. Chapman (VSB 81968)
Christian R. Schreiber (VSB 89544)
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
(703) 905-1449 / (703) 821-8949 (facsimile)
rkmiller@venable.com
nmdepalma@venable.com
tschapman@venable.com
crschreiber@venable.com

1

2

*Counsel for Plaintiff Peraton, Inc.*

**CERTIFICATE OF SERVICE**

  I certify that on this 5th day of September, 2017, I caused a copy of the foregoing to be filed electronically with the Court's CM/ECF system, which will send a Notice of Such Filing to all counsel of record authorized to receive notice of such filing, including:

    Gregg F. LoCascio, Esquire
    KIRKLAND & ELLIS, LLP
    655 Fifteenth Street, NW
    Washington, DC 20005
    Telephone:  (202) 879-5000
    Facsimile:  (202) 879-5200
    Gregg.locascio@kirkland.com

    Craig C. Reilly, Esquire
    111 Oronoco Street
    Alexandria, VA 22314
    Telephone: (703) 549-5354
    Facsimile: (703) 549-5355
    Craig.reilly@ccreillylaw.com

*Counsel for Defendant*

                /s/
                Randall K. Miller (VSB 70672)
                Nicholas M. DePalma (VSB 72886)
                Taylor S. Chapman (VSB 81968)
                Christian R. Schreiber (VSB 89544)
                8010 Towers Crescent Drive, Suite 300
                Tysons, VA 22182
                (703) 905-1449 / (703) 821-8949 (facsimile)
                rkmiller@venable.com
                nmdepalma@venable.com
                tschapman@venable.com
                crschreiber@venable.com

                *Counsel for Plaintiff Peraton, Inc.*