IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PERATON, INC. (formerly known as Harris IT Services Corporation), | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:17cv979-AJT/JFA ) ) |
| RAYTHEON COMPANY, | ) ) |
| Defendant. | ) ) |

## RAYTHEON COMPANY'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Raytheon moves to dismiss this action on the grounds that the plaintiff has failed to state a claim on which relief can be granted.  In support, the Court is respectfully referred to the memorandum of points and authorities filed concurrently with this motion.

Dated:  September 7, 2017                    Respectfully submitted,

By:  /s/ Gregg F. LoCascio
Gregg F. LoCascio, P.C. (VSB # 38908)
Sean M. McEldowney (*pro hac vice*)
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
gregg.locascio@kirkland.com

Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
T: (703) 549-5354
F: (703) 549-5355
E: craig.reilly@ccreillylaw.com

Attorneys for Defendant Raytheon Company

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will automatically provide notice to the following:

Randall K. Miller
Nicholas M. DePalma
Taylor S. Chapman
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
(703) 905-1449
(703) 821-8949 (facsimile)
rkmiller@venable.com
nmdepalma@venable.com
tschapman@venable.com

　　　　　　　　　　　　　　　　　　　　　　*/s/ Gregg F. LoCascio, P.C.*
　　　　　　　　　　　　　　　　　　　　　　Gregg F. LoCascio, P.C. (VSB # 38908)
　　　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　　　655 15th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 879-5200
　　　　　　　　　　　　　　　　　　　　　　gregg.locascio@kirkland.com

　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Raytheon Company