UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| PERATON, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEON COMPANY,<br><br>　　　　Defendant. | Case No. 1:17-cv-979-AJT-JFA |

### STIPULATION OF DISMISSAL

PURSUANT to Rule 41(a)(1)(ii) and the voluntary settlement between the parties, Plaintiff Peraton, Inc. ("Peraton") and Defendant Raytheon Company ("Raytheon") stipulate to the dismissal, with prejudice, of all claims and counterclaims that were asserted or which could have been asserted in this litigation. Each party shall bear its own costs and fees.

**SO ORDERED** this ____4th____ day of April, 2018.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Anthony J. Trenga
　　　　　　　　　　　　　　　　United States District Judge

1

**WE STIPULATE TO THIS:**

| | |
|---|---|
| s/ Randall K. Miller<br>Randall K. Miller (VSB 70672)<br>Nicholas M. DePalma (VSB 72886)<br>Kevin W. Weigand (VSB 81073)<br>Christian R. Schreiber (VSB 89544)<br>VENABLE LLP<br>8010 Towers Crescent Drive, Suite 300<br>Tysons, VA 22182<br>(703) 905-1449 (tel)<br>(703) 821-8949 (fax)<br>rkmiller@venable.com<br>nmdepalma@venable.com<br>kwweigand@venable.com<br>crschreiber@venable.com<br>*Counsel for Plaintiff Peraton, Inc.* | /s/ Gregg F. LoCascio<br>Gregg F. LoCascio, P.C. (VSB # 38908)<br>Sean McEldowney (*pro hac vice*)<br>Elizabeth Dalmut (*pro hac vice*)<br>Patrick Haney (*pro hac vice*)<br>Brandon Stone (*pro hac vice*)<br>Patrick Brown (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>gregg.locascio@kirkland.com<br>Smceldowney@kirkland.com<br>Elizabeth.dalmut@kirkland.com<br>Patrick.haney@kirkland.com<br>Brandon.Stone@kirkland.com<br>Patrick.brown@kirkland.com<br>*Counsel for Defendant Raytheon Company* |